UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORAYA MARIA RIGOR,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA STATE UNIVERSITY SACRAMENTO, et al.,<br><br>Defendants. | No. 2:19-cv-00633 KJM AC (PS)<br><br><br><br>ORDER |

On May 24, 2019, this court dismissed plaintiff's complaint with leave to amend within 30 days. ECF No. 3. Plaintiff filed a first amended complaint on June 24, 2019. ECF No. 4. Finding the First Amended Complaint deficient, on August 13, 2019 the court rejected it and gave plaintiff 30 days to file a Second Amended Complaint. ECF No. 6. That deadline has now passed, and plaintiff has not filed the anticipated Second Amended Complaint. Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 14 days of the entry of this order, why her failure to file a Second Amended Complaint should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of a Second Amended Complaint within this timeframe will serve as cause and will discharge this order. If

////

////

1

plaintiff fails to respond, the court will recommend dismissal of the case pursuant to Local Civil Rule 110.

DATED: September 17, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE