UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORAYA MARIA RIGOR, | No. 2:19-cv-00633 KJM AC (PS) |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| CALIFORNIA STATE UNIVERSITY SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se. The action was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21). On August 13, 2019, the court rejected plaintiff's first amended complaint on screening, granting plaintiff 30 days to file a second amended complaint. ECF No. 6. Plaintiff was cautioned that failure to file a second amended complaint could lead to a recommendation that the action be dismissed. Plaintiff did not file an amended complaint within the time limit. On September 17, 2019, the court issued an order to show cause within 14 days why this case should not be dismissed for failure to prosecute. ECF No. 7. Plaintiff has not responded to the court's orders, nor taken any action to prosecute this case.

////

////

1

Therefore, IT IS HEREBY RECOMMENDED that this action be dismissed, without prejudice, for lack of prosecution and for failure to comply with the court's order. See Fed. R. Civ. P. 41(b); Local Rule 110.

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one (21) days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Local Rule 304(d). Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: October 3, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE