UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORAYA MARIA RIGOR, | No. 2:19-cv-00633-KJM-AC PS |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA STATE UNIVERSITY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff is proceeding in this matter pro se, and accordingly this motion was referred to the undersigned pursuant to Local Rule 302(c)(21). On December 2, 2019, plaintiff filed a Second Amended Complaint. ECF No. 12. Plaintiff's case was closed on November 14, 2019. ECF No. 11. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings. Plaintiff's filing at ECF No. 12 will, accordingly, not be considered.

DATED: December 3, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1